Robert F. SPILLMAN, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7367.

United States Court of Appeals,
Federal Circuit.

April 21, 2008.

ON MOTION

*ORDER*

Robert F. Spillman moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.